*In re* **TULLY**, Michelle Lee (MR 20925)
Antioch, IL

Order of the Court:

The motion by Michelle Lee Tully to strike her name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.